IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| ROGER KEITH LUNSFORD, | : | |
| | : | |
| Petitioner, | : | |
| | : | 4:97-cr-98-1 |
| v. | : | 4:97-cr-99-1 |
| | : | 1:20-cv-598 |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Respondent. | : | |

**ORDER**

This matter is before the court for review of the Recommendation ("Recommendation") filed on August 18, 2025, by the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b). (4:97-cr-98-1; 4:97-cr-99-1 (Doc. 67).) The Recommendation was served on the parties in this action on August 18, 2025. (4:97-cr-98-1; 4:97-cr-99-1 (Doc. 68).) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (4:97-cr-98-1; 4:97-cr-99-1 (Doc. 67)), is **ADOPTED. IT IS FURTHER ORDERED** that the stay in this matter is **LIFTED,** that the Government's Motion to Dismiss (4:97-cr-98-1, Doc 52; 4:97-cr-99-1, Doc 51) is **GRANTED,** and that Petitioner's

Motion to Vacate, Set Aside, or Correct Sentence (4:97-cr-98-1, Doc. 50; 4:97-cr-99-1, Doc. 49) is hereby **DISMISSED**.

The court further finds there is no substantial showing of the denial of a constitutional right affecting the conviction nor a debatable procedural ruling, therefore a certificate of appealability is not issued.

A Judgment dismissing this action will be filed contemporaneously with this Order.

This the 22nd day of September, 2025.

／s／ William L. Osteen, Jr.
United States District Judge